

## Service of Process Transmittal Summary

**TO:**     Rosemary Jones, Cashier
            Brookshire Grocery Company
            1600 W Southwest Loop 323
            Tyler, TX 75701-8500

**RE:**     **Process Served in Louisiana**

**FOR:**    Brookshire Grocery Company  (Domestic State: TX)


**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ZINA M. MITCHELL // To: Brookshire Grocery Company |
| **CASE #:** | 648417B |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/15/2024 at 09:27 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Rosemary Jones  rosemaryjones@brookshires.com |
| | Email Notification,  Melani Crawford  melanicrawford@brookshires.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 3867 Plaza Tower Dr. |
| | Baton Rouge, LA 70816 |
| | 866-401-8252 |
| | LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                Thu, Feb 15, 2024
**Server Name:**                         Drop Service

| Entity Served | BROOKSHIRE GROCERY CO |
|---|---|
| Case Number | 648417-B |
| Jurisdiction | LA |

| Inserts | | |
|---|---|---|
| | | |



# 𝕮𝖎𝖙𝖆𝖙𝖎𝖔𝖓

ZINA M MITCHELL
            VS
BROOKSHIRES GROCERY CO DBA, ET AL

NO. 648417– B
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:    BROOKSHIRES GROCERY CO DBA
                               DBA BROOKSHIRES GROCERY COMPANY #18 THRU CT
                               CORPORATION SYSTEM, AGENT
                               3867 PLAZA TOWER DR
                               BATON ROUGE,  LA
                               70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued
for.

You must EITHER do what the petition asks, OR, within TWENTY-ONE (21) days after you have
received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of
this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within TWENTY-
ONE (21) days, a judgment may be entered against you. Please be aware of Act 174 of the 2021 regular
session of the Louisiana Legislature which changed delays for answering.  The full text of this bill can be
found at https://legis.la.gov/legis/BillInfo.aspx?i=239989.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date February 5, 2024.

              *Also attached are the following:          **MIKE SPENCE, CLERK OF COURT**

_____                                                  By: _____
                                                                    Deputy Clerk

                                                         _____
                                                              NELSON CAMERON
                                                                   Attorney

                                                            A TRUE COPY - - ATTEST

                                                         _____
                                                                 Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer
immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer
Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 -
7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through
Shreveport Bar Legal Aid. Please call 318-222-7186 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding
accommodation and assistance.

**SERVICE COPY**

648417·B

| | | |
|---|---|---|
| ZINA M. MITCHELL | * | NUMBER |
| | * | |
| VERSUS | * | 1ST JUDICIAL DISTRICT COURT |
| | * | |
| BROOKSHIRES GROCERY CO. | * | |
| d/b/a BROOKSHIRES GROCERY | * | |
| COMPANY #18 | * | CADDO PARISH,  LOUISIANA |

<u>PETITION FOR DAMAGES AND JURY TRIAL</u>

The petition of **ZINA M. MITCHELL** an adult individual and resident of and

domiciled in Shreveport, Caddo Parish, Louisiana, respectfully represents that:

**1.**

The following party, made defendant herein, is justly and legally indebted unto

your petitioner, **ZINA M. MITCHELL**, in the amounts for damages as are reasonable in

the premises, together with legal interest thereon from date of judicial demand until

paid, and for all costs of these proceedings, for the reasons and causes of action

hereinafter stated:

a.   **BROOKSHIRES GROCERY CO. d/b/a BROOKSHIRES GROCERY**

**COMPANY #18** ("Brookshires") a domestic corporation authorized to do

and doing business in the State of Louisiana, which can be served

through its agent for service of process.  It owns and operates

Brookshires Grocery Store No. 18, 5828 Line Avenue, Shreveport, LA

71106.

**2.**

Brookshires is in the business of general retail sales of food and related

merchandise sales to the general public on the premises.

**3.**

On or about March 16, 2023 your petitioner, **ZINA M. MITCHELL** was a

customer in **BROOKSHIRES GROCERY STORE #18** located at 5828 Line Avenue,

Shreveport, Caddo Parish, LA 71106.  At all times mentioned herein **ZINA M.**

**MITCHELL** was a customer in the Brookshires store.

-1-

**4.**

The damages for which recovery is sought herein resulted from a slip and fall by Plaintiff **ZINA MITCHELL**  from a piece of rubber from a Brookshires' cart that fell off on one of the store's service carts onto the floor near the meat and seafood counters.  An employee who was replenishing stock used the cart but failed to pick up the rubber piece.   There were no warning signs alerting customers of the hazardous condition.  Although the hazardous condition was obvious and should have been known to the employee, no Brookshires employee cleared or cleaned the area to make it safe for customers before Plaintiff fell.

**5.**

Upon entering the store, **ZINA MITCHELL** proceeded in a normal fashion to shop inside the store.  She slipped on a piece of a rubber from a Brookshires' cart causing the floor to be hazardous. Shreveport Fire Dept. EMS responded to the store.

**6.**

The defendant, **BROOKSHIRES GROCERY CO. d/b/a BROOKSHIRES GROCERY COMPANY #18** knew, or should have known, of the hazard created by the piece of rubber on the floor.  Defendant breached its duty to provide a safe shopping environment by failing to clear the area of hazardous objects on the floor and to place clear warning signs alerting customers to the hazardous condition.

**7.**

Based upon information and belief, the **BROOKSHIRES GROCERY CO. d/b/a BROOKSHIRES GROCERY COMPANY #18** employee who assisted Plaintiff after her fall reported the incident to a store manager.  Based upon information and belief, the manager conducted an  investigation into the incident which showed carelessness and preserved a video recording of the circumstances surrounding the incident that was available.  The manager identified to Ms. Mitchell that the rubber object as coming from a Brookshires' work cart.

-2-

**8.**

Petitioner, **ZINA MITCHELL** was free of negligence and did not contribute to the cause of the accident or her injuries in any way.

**9.**

Petitioners herein show that the accident and resulting damages were caused by the fault and negligence of the said, **BROOKSHIRES GROCERY CO. d/b/a BROOKSHIRES GROCERY COMPANY #18** in the following nonexclusive particulars:

a.    Failing to maintain a safe area for customers.

b.    Failure to keep the floor free of hazardous items.

c.    Failure to warn customers of the existence of the hazardous condition, i.e. slick floor.

d.    Operating and maintaining the store in a manner other than a reasonable, prudent person would have operated it under the same or similar circumstances;

e.    Failing to clean area near the meat and seafood counters;

f.    Creating and maintaining and dangerous and hazardous condition on its premises;

g.    Its employee failed to maintain a prudent look out for hazards or detect that the piece of rubber tube fell from the service cart; and,

h.    For other acts and omissions to be shown at trial hereof.

**10.**

As a result of the aforesaid accident, **ZINA M. MITCHELL**, suffered pain, mental anguish and distress as a result of the injuries she sustained in said accident, including but not limited to:

a.    Injury to her shoulder including adhesive capsulitis and rotator cuff tear of left shoulder which required surgery;

b.    Fractured left foot which required surgery to implant screws and ongoing physical therapy

c.    Shoulder pain

-3-

d.      Loss of enjoyment of life and disability

e.      Mental distress

f.      past and future pain and suffering

g.      Other injuries which will be presented at trial such as pain and suffering, inconvenience and mental distress and

h.      Wage loss, and lost earning capacity

I.      Past, present and future medical expenses

**11.**

Petitioner, **ZINA MITCHELL**, has sustained such damages as are reasonable in the premises, including, but not limited to Past, Present and Future Medical Expenses, Past, Present and Future Pain and Suffering, Past, Present and Future Mental Anguish and Distress, Lost Earning Capacity and Past, Present  and Future Lost Wages, as a result of the above described accident.

**12.**

Plaintiff, **ZINA MITCHELL**, requests that she be awarded damages for home health, medical and nursing care services. Plaintiff will show that she has had difficulty to attend to herself, her family, and with her daily life activities.

**13.**

Petitioner shows that it will be necessary to call expert witnesses at the trial of this matter, and that the fees of such witnesses should be set by the Court and should be taxed as costs of this suit against defendant.

**14.**

Petitioner requests that this matter be heard by a jury.

WHEREFORE, PETITIONER PRAYS that

Defendant, **BROOKSHIRES GROCERY CO. d/b/a BROOKSHIRES GROCERY COMPANY #18**, be cited to appear and answer this petition, and that it be served with a copy hereof;

That after necessary legal delays and due proceedings had, there would be

-4-

judgment therein if favor of petitioner, **ZINA MITCHELL** and against the defendant,

**BROOKSHIRES GROCERY CO. d/b/a BROOKSHIRES GROCERY COMPANY #18,**

in the amounts for damages as are reasonable in the premises, including but not limited

to: Past, Present and Future Medical Expenses; Past, Present and Future Pain and

Suffering; Past, Present and Future Mental Anguish and Distress, Loss of Enjoyment of

Life, Past, Present and Future Disability, Lost Earning Capacity and Past, Present and

Future Lost Wages with legal interest thereon from date of judicial demand until paid

and for all costs of these proceedings;

That the fees of expert witnesses be set by the Court and taxed as costs of this

suit against defendants;

For all costs of this suit, and for full general and equitable relief for all ordered

and decrees necessary and proper in the premises.

PETITIONER FURTHER PRAYS for a trial by jury.

Respectfully submitted,

Nelson W. Cameron
Attorney at Law
Bar Number 01283
675 Jordan Street
Shreveport, La 71101
(318) 226-0760-facsimile
(318) 226-0111
eganspk@gmail.com
**ATTORNEY FOR PLAINTIFF**
**ZINA M. MITCHELL**

SERVICE INFORMATION:
**BROOKSHIRES GROCERY CO. d/b/a BROOKSHIRES GROCERY COMPANY #18**
through its agent for service of process
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816



-5-